UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN DEL VALLE PEÑA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

THE HEADLESS WIDOW LLC
    d/b/a HEADLESS WIDOW, and
EDIN CANOVIC,

                Defendants.

Case No.: 25-cv-04823

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff STEPHEN DEL VALLE PEÑA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 21, 2026, and annexed hereto as **Exhibit A**.

Dated: January 21, 2026

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective*
*Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Paul A. Bartels, Esq.
paul@bellLg.com
BELL LAW GROUP, PLLC
116 Jackson Avenue
Syosset, New York 11791
516-280-3008
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.