**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/23/2026____

STEPHEN DEL VALLE PEÑA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

            Plaintiff,

   v.

THE HEADLESS WIDOW LLC, *et al.,*

            Defendants.

**Case No.**:  25-cv-04823

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THE HEADLESS WIDOW LLC d/b/a HEADLESS WIDOW, and EDIN CANOVIC (collectively "Defendants"), having offered to allow Plaintiff STEPHEN DEL VALLE PEÑA ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 21, 2026 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on January 21, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff STEPHEN DEL VALLE PEÑA, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 21, 2026 and filed as Exhibit A to Docket Number 19. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated:  January 23, 2026
      White Plains, NY

_____
      Nelson Roman   U.S.D.J.